Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10374−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karine G Peterside
   aka Karine Peterside
   14 Mountain View Court
   Millstone Township, NJ 08510−1719

Social Security No.:
   xxx−xx−9463

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/15/23
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 6, 2023
JAN: mjb

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:             Case No. 23-10374-CMG

Karine G Peterside             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Feb 06, 2023      Form ID: 132      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karine G Peterside, 14 Mountain View Court, Millstone Township, NJ 08510-1719 |
| 519813163 | + | US Asset Funding LP, 347 Eagle Road, Newtown, PA 18940-1201 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519813161 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2023 20:43:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519813162 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2023 20:44:00 | Internal Revenue Code, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519814557 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 20:54:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023      Signature:    /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 06, 2023 | Form ID: 132 | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| John Michael McDonnell | on behalf of Debtor Karine G Peterside jmcdonnell@mchfirm.com |
| Mark A. Roney | on behalf of Creditor U.S. Asset Funding LP mroney@hillwallack.com, kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4