UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Mark A. Roney, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: mroney@hillwallack.com
*Attorneys for U.S. Asset Funding, LP*

In Re:

Karine G. Peterside aka Karine Peterside,

          Debtor.

Case No.: 23-10374 (CMG)

Chapter: 13

Judge: Christine M. Gravelle, U.S.B.J.

Hearing Date: March 15, 2023 at 9:00 a.m.

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY
IN ACCORDANCE WITH D.N.J. LBR 9013-1(a)(3)**

The subject Notice of Motion requests the entry of an order vacating the automatic stay pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2) and co-debtor stay pursuant to 11 U.S.C. §1301(c). As the facts the movant relies upon, as set forth in the accompanying certification, and the basis for relief sought, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court' s consideration of the within Motion.

                             **HILL WALLACK LLP**
                             Attorneys for Movant

                             By: */s/ Mark A. Roney*
                                Mark A. Roney

Dated: February 21, 2023