# **EXHIBIT D**

Inst. # 2018055040 - Page 1 of 4

# Monmouth County Document Summary Sheet

| | |
|---|---|
| MONMOUTH COUNTY CLERK<br>PO BOX 1251<br>MARKET YARD<br>FREEHOLD NJ 07728 | **Transaction Identification Number**   3406770   2893116<br>**Recorded Document to be Returned by Submitter to:**<br>COMMONWEALTH AGENCY, INC<br>1 WEST FIRST AVE.<br>SUITE 400<br>CONSHOHOCKEN, PA 19428 |

**Official Use Only**

CHRISTINE GIORDANO HANLON
COUNTY CLERK
MONMOUTH COUNTY, NJ

INSTRUMENT NUMBER
2018055040
FILED ON
Jun 05, 2018
8:39:16 AM

COUNTY RECORDING FEES     $25.00
EFILE CONVENIENCE FEE      $2.00
TOTAL PAID                $27.00

| | |
|---|---|
| **Submission Date** *(mm/dd/yyyy)* | 05/30/2018 |
| **No. of Pages** *(excluding Summary Sheet)* | 2 |
| **Recording Fee** *(excluding transfer tax)*<br>*(Convenience Fee of $2.00 included)* | $27.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $27.00 |
| **Document Type**   UCC/FINANCING STATEMENT | |
| **Electronic Recordation Level**    L2 - Level 2 (With Images) | |
| **Municipal Codes**<br>MILLSTONE       3305 | |
| **Bar Code(s)**<br><br>905024 | |

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Inst. # 2018055040 - Page 2 of 4

## Monmouth County Document Summary Sheet

| | | |
|---|---|---|
| **UCC/FINANCING STATEMENT** | Type | UCC/FINANCING STATEMENT |
| | Consideration | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) |
| | Document Date | 05/30/2018 |

### Reference Info

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | | | | |

### DEBTOR

| Name | Address |
|---|---|
| PETERSIDE CHAMBERLAIN | |

### SECURED PTY

| Name | Address |
|---|---|
| US ASSET FUNDING LP | |

### Parcel Info

| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
|---|---|---|---|---|---|
| | 33 | 37.03 | 26.16 | | 3305 |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MONMOUTH COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

73951F7E-3EE5-AB56-9018-2BFA62C8AAF7/3406770 2893116                                  Page 2 of 2

Inst. # 2018055040 - Page 3 of 4

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Beth Stern Fleming; 215-450-5258

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Beth Stern Fleming, Esquire
Beth Stern Fleming, LLC
1050 Street Road, # 1028
Southampton, PA 18966

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| Peterside | Chamberlain | S. | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 75 Sierra Court | Old Bridge | NJ | 08857 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATION ID#, if any ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| Peterside | Karine | G. | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 75 Sierra Court | Old Bridge | NJ | 08857 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATION ID#, if any ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| US Asset Funding LP | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 347 Eagle Road | Newtown | PA | 18940 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All assets, including but without limitation, all personal property, goods, fixtures, equipment, bank and brokerage accounts, general intangibles.

**5. ALTERNATIVE DESIGNATION (if applicable)** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYOR ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) ADDITIONAL FEE] [optional]    ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY – NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Inst. # 2018055040 - Page 4 of 4

# EXHIBIT A

All that (those) certain lot(s), tract(s) or parcel(s) of land, with the buildings and improvements thereon erected, situate, lying and being in Millstone Township, County of Monmouth and State of New Jersey and is bounded and described as follows:

BEING known and designated as Lot 26.16 in Block 37.03 as shown on a certain map entitled, Final Plat for Block 37 Lot 26 Section 3, situated in the Millstone Township, Monmouth County, New Jersey, which map was filed in the office of the Clerk of Monmouth County on 09/07/1995 as Filed Map No. 255-19.

BEING further described as follows:

Beginning at a point on the southeasterly R.O.W. line of Mountainview Court (50 foot R.O.W ), said point being a distance of 1272.37 feet from its intersection with the southwesterly R.O.W. line of Cottrell Drive (50 foot R.O.W.), as both extended and running; thence

1. South 33 degrees, 02 minutes, 12 seconds East, a distance of 242.05 feet to a point; thence

2. South 36 degrees, 10 minutes, 17 seconds West, a distance of 302.93 feet to a point; thence

3. North 33 degrees, 33 minutes, 49 seconds West, a distance of 290.93 feet to a point marked by a monument found; thence

4. North 39 degrees, 15 minutes, 41 seconds East, a distance of 138.86 feet to a point on curve; thence

5. Along a curve to the left having a radius of 60.00 feet and an arc length of 150.93 feet to a point of reverse curvature; thence

6. Along a curve to the right having a radius of 25.00 feet and an arc length of 32.29 feet to a point of reverse curvature:

7. Along a curve to the left having a radius of 390.00 feet and an arc length of 4.73 feet to the Point of Beginning.

FOR INFORMATION ONLY:

County: Monmouth, Municipality: Millstone Township

Tax Block: 37.03, Tax Lot: 26.16

Address: 14 Mountainview Court, Clarksburg, NJ 08510.

The above Tax Lot and Block designation and the street address designation is for informational purposes only and is not to be construed as part of the legal description.