# **<u>EXHIBIT F</u>**

Mark A. Roney, Esq./012622001
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
(609) 924-0808
Attorneys for Plaintiff,
US Asset Funding, LP
Our File No. 24241-1/sm1

| | |
|---|---|
| US Asset Funding, LP, | Superior Court of New Jersey |
| | Chancery Division |
| Plaintiff, | Monmouth County |
| | |
| vs. | Docket No. F-004664-21 |
| | |
| Chamberlain S. Peterside a/k/a Chamberlain Peterside, *et al*, | Civil Action |
| | |
| Defendants. | Final Judgment |

Upon application of the Plaintiff, US Asset Funding, LP, and it appearing that the default of all the defendants having been entered except for the answering defendant, Karine G. Peterside a/k/a Karine Peterside, who filed a contesting answer on October 18, 2021 which was stricken by Order of the Court and was deemed to be non-contesting by Order dated on April 29, 2022; and the Plaintiff's Promissory Note, Amended Promissory Note, Mortgage and Security Agreement, Collateral Assignment of Leases and Rents, and Order Directing The Foreclosure Unit To Apply The Full Amount Of Default Interest having been presented and marked as Exhibits by the Court;

And, it appearing from the Certification filed herein that there is due to the Plaintiff the sum of $409,168.40 on its Mortgage described in the Complaint as of August 17, 2022, together with interest at the default rate of 24.0% on $250,000.00, thereon to be computed from August

17, 2022 to                              9/19/22, with lawful interest thereafter on total sum due, together

with costs of this action to be taxed, raised and paid out of the mortgaged property in the

Complaint;

      IT IS ON THIS 19         DAY OF         SEPTEMBER        , 2022,

      ORDERED AND ADJUDGED, that the Plaintiff is entitled to have the sum of

$409,168.40 on its first mortgage described in the Complaint as of August 17, 2022, together

with interest at the contract rate of 24.0% on $250,000.00, thereon to be computed from August

17, 2022 to                              9/19/22, with lawful interest thereafter on total sum due,

together with costs of this suit to be taxed, including a counsel fee of $    4241.68

, raised and paid out of the mortgaged property described in the Complaint; and it is further

      ORDERED AND ADJUDGED that in addition to the mortgaged premises, that certain

additional collateral pledged by Chamberlain S. Peterside a/k/a Chamberlain Peterside and

Karine G. Peterside a/k/a Karine Peterside to Plaintiff, a description of which is hereto attached

as Schedule A (the "Additional Collateral") be sold to pay Plaintiff the sums owed as stated

herein;

      ORDERED AND ADJUDGED that so much of the said mortgaged premises, as will be

sufficient to raise and satisfy the said Mortgage, interest and costs of the Plaintiff, be sold and

that an execution does issue for that purpose, out of this Court, directed to the Sheriff of the

County of Monmouth, commanding him to make sale, according to law, of so much of the

mortgaged premises as will be sufficient to satisfy the said Mortgage, interest and costs of the

Plaintiff that he first pay out of the proceeds of the sale to the Plaintiff or its attorneys its debt,

interest and costs;

And, that in case there is a surplus, the same shall be brought into this Court and deposited with the Clerk, subject to the order of this Court, that the said Sheriff make his report to this Court of the sale as required by the Rules of the Court; and it is further

ORDERED AND ADJUDGED that the Plaintiff or purchaser duly recover against the said defendants, the possession of the premises mentioned and described in the said Complaint with appurtenances and that a Writ of Possession issue thereon; and it is further

ORDERED AND ADJUDGED that all defendant(s) to this action and each of them stand absolutely debarred and foreclosed of and from all redemption of, in and to so much as the said mortgage premises shall be sold as aforesaid under this judgment except as provided by 28 U.S.C. § 2410.  And it is further

ORDERED AND ADJUDGED that this judgment shall not affect the rights of any person protected by the New Jersey Tenant Anti-Eviction Act N.J.S.A. 2A:18-61.1, et seq.

*/s/ Joseph P. Quinn, P.J.Ch.*
Hon. Joseph P. Quinn, P.J. Ch.

Respectfully Recommended
R.1:34-6 Office of Foreclosure

## SCHEDULE A

Limited to tangible property located on the premises known as 14 Mountainview Court, Millstone, New Jersey 08510 a/k/a Block 37.03, Lot 26.16 on the official Tax Map of the Township of Millstone, Monmouth County, State of New Jersey.