# **EXHIBIT G**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK LLP
Mark A. Roney, Esq.
21 Roszel Road
Princeton, New Jersey 08543-5226
Telephone: (609)924-0808
Facsimile: (609)452-1888
Attorneys for mroney@hillwallack.com
Attorneys for U.S. Asset Funding, LP

In Re:

Karine G. Peterside aka Karine Peterside,

Debtor.

Case No.: 23-10374-CMG

Chapter: 13

Hearing Date: March 1, 2023

Judge: CMG

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
### (NOTE AND MORTGAGE DATED ___April 25, 2018___ )

___Irene Belot-Pave___ of full age, employed as ___Managing Member___ by ___RenCap Partners, LLC, general partner___, hereby certifies the following:

Recorded on ___May 16, 2007___, in ___Essex___ County, in Book ___12136___ at Page ___4558___

Property Address: 14 Mountainview Court, Millstone, NJ 08510
Mortgage Holder: U.S. Asset Funding, LP

**1. PAYOFF STATEMENT** - Based on Final Judgment entered 9/19/22

| | |
|---|---|
| Unpaid Principal Balance: | $ 419,225.80 |
| Accrued interest from ___9/19/22___ to ___1/16/23___ : | $ 3,046.14 |
| (Interest rate = _2.25_ % per year; $ _119_ per day x _25.60_ days) | |
| Unearned interest from _____ to _____ : | $ _____ |
| Per diem interest from _____ to _____ : | $ _____ |
| Late Charges from _____ to _____ ($ _____ /mo. x _____ mos.): | $ _____ |
| Attorney's fees and costs as of _____ : | $ _____ |

Advances through _____ for:

| | |
|---|---|
| Real Estate Taxes: | $ _____ |
| Insurance premiums: | $ _____ |
| Other: | $ _____ |
| *Sub-Total of Advances*: | $ _____ |
| Less Escrow Monies: | ($ _____) |
| *Net Advances:* | $ _____ |

Interest on advances from _____ to _____ :     $ _____

Other charges (specify Sheriff's commissions, costs to vacate):    $    8,599.44

Less unearned interest:    ($ _____)

**TOTAL DUE AS OF** _____1/16/23_____ :    $    430,871.38

**Date of last payment:** _____

## II. EQUITY ANALYSIS (When appropriate) - Debtor only has 50% interest

Estimated fair market value of real estate as of _____1/16/23_____ :    $    947,510.00*

*Source:    Debtor's schedule A/B    (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

1. Real estate taxes as of _____1/16/23_____ :    $    113,371.05
2. First Mortgage (principal and interest), as of _____ :    $    430,871.38
3. Second Mortgage (principal and interest), as of _____ :    $ _____
4. Other (specify on separate exhibit):  See Claim No. 1 and attached    $    2,059,522.10

**TOTAL LIENS :**    ($    2,603,764.54)

**APPARENT EQUITY AS OF** _____1/16/23_____ :    $    0.00 **

** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: February __, 2023    _____
                              Signature

*rev.8/1/15*