| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Mark A. Roney, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mroney@hillwallack.com<br>*Attorneys for U.S. Asset Funding, LP* | |
| In Re:<br><br>Karine G. Peterside aka Karine Peterside,<br><br>                    Debtor. | Case No.: 23-10374 (CMG)<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle, U.S.B.J.<br><br>Hearing Date: March 15, 2023 at 9:00 a.m. |

Recommended Local Form        ☐ Followed        ☒ Modified

# ORDER VACATING AUTOMATIC STAY
# AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

Upon the Motion of U.S. Asset Funding, LP (hereinafter the "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay and under Bankruptcy Code Section 1301(c) for relief from co-debtor stay as to certain real property as hereinafter set forth, and for cause shown,

**ORDERED** that the automatic stay and co-debtor stay are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's right in the following:

Real property more fully described as: 14 Mountain Court, Millstone, NJ 08510

It is further **ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further **ORDERED** that the Movant may join the debtor, co-debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, co-debtor any trustee and any other party who entered an appearance on the motion.