UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Mark A. Roney, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: mroney@hillwallack.com
*Attorneys for U.S. Asset Funding, LP*

In Re:

Karine G. Peterside aka Karine Peterside,

Debtor.

Case No.: 23-10374 (CMG)

Chapter 13

Judge: Christine M. Gravelle, U.S.B.J.

Hearing: March 15, 2023 at 9:00 a.m.

## CERTIFICATION OF SERVICE

1. I, Kimberly Gardiner:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>February 21, 2023,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Motion for Relief from Automatic Stay, Statement as to Why No Brief is Necessary, Certification in Support, Exhibits, Proposed Order and the within Certification of Service*

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 21, 2023

*/s/ Kimberly Gardiner*
Kimberly Gardiner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John M. McDonnell, Esq.<br>McDonnell Crowley, LLC<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Debtor's counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Karine G. Peterside aka Karine Peterside<br>14 Mountain Court<br>Millstone, NJ 08510 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Chamberlain Peterside<br>14 Mountain Court<br>Millstone, NJ 08510<br>*cspeterside@XXXXX.COM* | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Xcellon Capital Advisors Limited<br>c/o Chamberlain S. Peterside, CEO<br>14 Mountainview Court<br>Millstone, New Jersey  08510<br>*cspeterside@XXXXX.COM* &<br>*info@xcelloncapital.com* | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.